UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Case: 3:22-cr-20506
Judge: Cleland, Robert H.
MJ: Stafford, Elizabeth A.
Filed: 10-05-2022
INDI USA VS SEALED MATTER (DP)

Violations:  21 U.S.C. § 846
              21 U.S.C. § 841(a)(1)
              18 U.S.C. § 922(g)(1)
              18 U.S.C. § 924(c)(1)(A)
              18 U.S.C. § 1956(h)

D-1  DORIAN LENIAR,
D-2  JOSEPH TWILLEY, JR.,
D-3  JASON HARRIS,
D-4  DAVID BROWN,
D-5  TODD MICHAEL DOCKERY,
D-6  THEODORE HONEY,
D-7  SATARA HOLLIDAY.

        Defendants.
_____/

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE:
### Conspiracy to Distribute Controlled Substances
### 21 U.S.C. § 846

D-1  DORIAN LENIAR
D-2  JOSEPH TWILLEY, JR.
D-3  JASON HARRIS
D-4  DAVID BROWN
D-5  TODD MICHAEL DOCKERY
D-6  THEODORE HONEY

From in or around 2019, and continuing through on or about November 6, 2020, in the Eastern District of Michigan, and elsewhere, the defendants, DORIAN LENIAR, JOSEPH TWILLEY, JR., JASON HARRIS, DAVID BROWN, TODD MICHAEL DOCKERY, and THEODORE HONEY, knowingly and intentionally combined, conspired, confederated, and agreed with each other and with others known and unknown to the Grand Jury to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

<u>QUANTITY OF CONTROLLED SUBSTANCES INVOLVED IN THE CONSPIRACY</u>

1. With respect to defendants DORIAN LENIAR and JASON HARRIS, the controlled substances involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii) and (i), are:

   A. Five kilograms or more of a mixture and substance containing a detectable amount of cocaine;

   B. One kilogram or more of a mixture and substance containing a detectable amount of heroin;

2. With respect to defendant, JOSEPH TWILLEY, JR., the controlled substances involved in the conspiracy attributable to him as a result of his own

conduct, and the conduct of other conspirators reasonably foreseeable to him in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii), (i), and (vi), are:

A. Five kilograms or more of a mixture and substance containing a detectable amount of cocaine;

B. One kilogram or more of a mixture and substance containing a detectable amount of heroin;

C. 400 grams or more of a mixture and substance containing a detectable amount of N-phyenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl;

3. With respect to defendant, DAVID BROWN, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi), is:

A. 400 grams or more of a mixture and substance containing a detectable amount of N-phyenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl;

4. With respect to defendant, TODD MICHAEL DOCKERY, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, in violation of Title 21, United States Code, Section 841(b)(1)(A)(i), (vi) and (C) are:

A. One kilogram or more of a mixture and substance containing a detectable amount of heroin;

B. 400 grams or more of a mixture and substance containing a detectable amount of N-phyenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl;

C. A mixture and substance containing a detectable amount of cocaine;

5. With respect to defendant, THEODORE HONEY, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii) and (C) are:

A. Five kilograms or more of a mixture and substance containing a detectable amount of cocaine;

B. A mixture and substance containing a detectable amount of heroin.

## COUNT TWO:
### Attempted Possession with Intent to Distribute Fentanyl
### 21 U.S.C. §§ 841 and 846

D-2 JOSEPH TWILLEY, JR.
D-4 DAVID BROWN

On or about October 9, 2020, in the Eastern District of Michigan, and elsewhere, the defendants, JOSPEH TWILLEY JR. and DAVID BROWN, knowingly and intentionally attempted to possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phyenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi) and 846.

## COUNT THREE:
### Possession with Intent to Distribute Heroin
### 21 U.S.C. § 841

D-1 DORIAN LENIAR
D-2 JOSEPH TWILLEY, JR.
D-3 JASON HARRIS
D-5 TODD MICHAEL DOCKERY

On or about October 26, 2020, in the Eastern District of Michigan, the defendants, DORIAN LENIAR, JOSEPH TWILLEY, JR., JASON HARRIS, and TODD MICHAEL DOCKERY, knowingly and intentionally possessed with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

5

## COUNT FOUR:
### Possession with Intent to Distribute Cocaine
### 21 U.S.C. § 841

D-1   DORIAN LENIAR
D-2   JOSEPH TWILLEY, JR.
D-3   JASON HARRIS
D-6   THEODORE HONEY

On or about October 30, 2020, in the Eastern District of Michigan, the defendants, DORIAN LENIAR and JOSEPH TWILLEY, JR., JASON HARRIS, and THEODORE HONEY knowingly and intentionally possessed with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

## COUNT FIVE:
### Possession with Intent to Distribute Heroin
### 21 U.S.C. § 841

D-2   JOSEPH TWILLEY, JR.

On or about October 30, 2020, in the Eastern District of Michigan, defendant, JOSEPH TWILLEY, JR., knowingly and intentionally possessed with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

## COUNT SIX:
### Possession with Intent to Distribute Fentanyl
### 21 U.S.C. § 841

D-2   JOSEPH TWILLEY, JR.

On or about October 30, 2020, in the Eastern District of Michigan, defendant, JOSEPH TWILLEY, JR., knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phyenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT SEVEN:
### Felon in Possession of a Firearm
### 18 U.S.C. § 922(g)(1)

D-2   JOSEPH TWILLEY, JR.

On or about October 30, 2020, in the Eastern District of Michigan, the defendant, JOSEPH TWILLEY, JR., knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit:

1. Taurus 9mm Model PT709;
2. H&R Arms 32 auto revolver;
3. Kahr CM9 9mm,

in and affecting interstate and foreign commerce, in violation of Title 18, United

States Code, Section 922(g)(1).

## COUNT EIGHT:
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### 18 U.S.C. § 924(c)(1)(A)

D-2    JOSEPH TWILLEY, JR.

On or about October 30, 2020, in the Eastern District of Michigan, the defendant, JOSEPH TWILLEY, JR., knowingly possessed firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to possess with intent to distrbute and to distribute controlled substances, and possession of controlled substances with intent to distribute, as charged in Counts One, Four, Five and Six of this Indictment, to wit:

1.    Taurus 9mm Model PT709;

2.    H&R Arms 32 auto revolver;

3.    Kahr CM9 9mm;

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT NINE:
### Possession with Intent to Distribute Heroin
### 21 U.S.C. § 841

D-5    TODD MICHAEL DOCKERY

On or about November 6, 2020, in the Eastern District of Michigan, the defendant, TODD MICHAEL DOCKERY, knowingly and intentionally possessed with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin in violation of Title 21, United States Code, Sections

8

841(a)(1) and 841(b)(1)(A)(i).

## COUNT TEN:
### Possession with Intent to Distribute Fentanyl
### 21 U.S.C. § 841

D-5     TODD MICHAEL DOCKERY

On or about November 6, 2020, in the Eastern District of Michigan, the defendant, TODD MICHAEL DOCKERY, knowingly and intentionally possessed with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phyenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

## COUNT ELEVEN:
### Possession with Intent to Distribute Cocaine
### 21 U.S.C. § 841

D-5     TODD MICHAEL DOCKERY

On or about November 6, 2020, in the Eastern District of Michigan, the defendant, TODD MICHAEL DOCKERY, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWELVE:
### Felon in Possession of a Firearm
### 18 U.S.C. § 922(g)(1)

D-5    TODD MICHAEL DOCKERY

On or about November 6, 2020, in the Eastern District of Michigan, the defendant, TODD MICHAEL DOCKERY, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: Rough N Rowdy 45 colt pistol, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THIRTEEN:
### Conspiracy to Launder Monetary Instruments
### 18 U.S.C. § 1956(h)

D-2    JOSEPH TWILLEY, JR.
D-7    SATARA HOLLIDAY

From in or around 2019, continuing through in or around November 2020, in the Eastern District of Michigan, and elsewhere, the defendants, JOSEPH TWILLEY, JR., and SATARA HOLLIDAY knowingly, intentionally, and unlawfully combined, conspired, confederated, and agreed with each other and with others known and unknown to the grand jury to commit offenses against the United States in violation of Title 18, United States Code, Sections 1956 and 1957:

A.    Defendants JOSEPH TWILLEY, JR., and SATARA HOLLIDAY knowingly conducted and attempted to conduct financial transactions affecting

interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, conspiracy to distribute controlled substances, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

B.  Defendants JOSEPH TWILLEY, JR., and SATARA HOLLIDAY knowingly conducted and attempted to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, conspiracy to distribute controlled substances, knowing that the transaction was designed in whole and in part to avoid a transaction reporting requirement under State or Federal law, and while conducting and attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(ii).

C.  Defendants JOSEPH TWILLEY, JR., and SATARA HOLLIDAY knowingly engaged or attempted to engage in monetary transactions by, through or to a financial institution, affecting interstate and foreign commerce, in criminally

derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, that is, distribution of a controlled substance, in violation of Title 18, United States Code, Section 1957.

All in violation of Title 18, United States Code, Section 1956(h).

## PRIOR CONVICTION ALLEGATIONS
## 21 U.S.C. §§ 841, 851

D-1 DORIAN LENIAR
D-3 JASON HARRIS

Pursuant to Title 21, United States Code, Sections 841 and 851, the grand jury finds the following:

1. As it relates to Counts One, Three, and Four of this Indictment, the defendant, DORIAN LENIAR, (1) has a prior serious drug felony conviction; (2) served a term of imprisonment of more than 12 months for that conviction; and (3) was released from any term of imprisonment within 15 years of the commencement of the instant offense.

2. As it relates to Counts One, Three and Four of this Indictment, the defendant, JASON HARRIS, (1) has a prior serious drug felony conviction; (2) served a term of imprisonment of more than 12 months for that conviction; and (3) was released from any term of imprisonment within 15 years of the commencement of the instant offense.

## FORFEITURE ALLEGATIONS
### Criminal Forfeiture
### 21 U.S.C. § 853; 18 U.S.C. § 924(d),
### 18 U.S.C. § 982(a)(1), 28 U.S.C. § 2461(c)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 982(a)(1), Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and/or 846, the defendants, DORIAN LENIAR, JOSEPH TWILLEY, JR., JASON HARRIS, DAVID BROWN, TODD MICHAEL DOCKERY, and THEODORE HONEY, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

Pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Sections 922 and/or 924, the convicted defendant(s), shall forfeit to the United States of America any firearms and ammunition used, or intended to be used, in any manner or part, to commit, or to facilitate the commission

of, the offense(s).

Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of the offense in violation of Title 18, United States Code, Section 1956(h), set forth in Count Ten of this Indictment, the defendants, JOSEPH TWILLEY, JR. and SATARA HOLLIDAY shall forfeit to the United States of America, any property, real or personal, involved in such offense, and any property traceable to such property.

Property to be forfeited, includes, but is not limited to, the following property seized from a residence at 29XXX Stellamar, Southfield, Michigan, on or about November 6, 2020:

- $238,620.00 in U.S. Currency of which $88,650.00 was seized from various locations and $149,970.00 was seized from a safe; and

- 2 Rolex watches.

The property to be forfeited also includes, but is not limited to, the entry of a forfeiture money judgment equal to proceeds or value of other property obtained by each defendant in connection with the offense of conviction.

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

                THIS IS A TRUE BILL.

                *s/ Grand Jury Foreperson*
                Grand Jury Foreperson

Dawn N. Ison
United States Attorney


*s/ Benjamin Coats*
Benjamin Coats
Assistant United States Attorney
Chief, Drug Task Force Unit


*s/ Andrea Hutting*
Andrea Hutting (P68606)
Rajesh Prasad (P68519)
Assistant United States Attorneys

Dated: October 5, 2022

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | | Companion Case Number: |
|---|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | | Judge Assigned: |
| ☐ Yes   ☒ No | | AUSA's Initials: AH |

**Case Title:** USA v. Dorian Leniar, et al

**County where offense occurred:** Wayne and elsewhere

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

  ____Indictment/____Information --- **no** prior complaint.
  ____Indictment/____Information --- based upon prior complaint [**Case number:**                    ]
  ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 5, 2022
Date

Andrea Hutting
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9110
E-Mail address: Andrea.Hutting@usdoj.gov
Attorney Bar #: P68606

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.